UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RELMADA THERAPEUTICS, INC., | Case No. 2:15-CV-2338 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| LAIDLAW & COMPANY (UK) LTD., et al., | |
| Defendant(s). | |

Presently before the court is a stipulation to extend the deadline for defendants to file an opposition brief and for plaintiff to file a reply brief. (Doc. #21) The parties' proposed deadline sets plaintiff's reply brief due date on December 21, 2015, the day before the preliminary injunction hearing on December 22, 2015. This deadline does not afford the court with an appropriate amount of time to consider all the materials.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the stipulation to extend the deadline for defendants to file an opposition brief and for plaintiff to file a reply brief (doc. #21) be, and the same hereby is, **DENIED.** Plaintiff's reply brief is due on December 18, 2015, pursuant to this court's previous order. (Doc. # 16).

DATED December 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**