JEFFREY S. RUGG, ESQ., Bar # 10978
jrugg@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Bar # 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

DEBORAH S. BIRNBACH, ESQ. (Admitted *pro hac vice*)
dbirnbach@goodwinprocter.com
ADAM SLUTSKY, ESQ. (Admitted *pro hac vice*)
aslutsky@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Telephone: 617.570.1000
Facsimile: 617.523.1231

*Attorneys for Plaintiff/Counterdefendant Relmada Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **RELMADA THERAPEUTICS, INC.**, a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> **LAIDLAW & COMPANY (UK) LTD.**, a foreign corporation, **MATTHEW D. EITNER**, an individual and citizen of New Jersey, and **JAMES P. AHERN**, an individual and citizen of New Jersey, <br><br> Defendants. | Case No.: 2:15-cv-2338-JCM-CWH <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIM** <br><br> **(FIRST REQUEST)** |
| **LAIDLAW & COMPANY (UK) LTD.**, **MATTHEW D. EITNER**, and **JAMES P. AHERN**, <br><br> Counterclaimants, <br><br> v. <br><br> **RELMADA THERAPEUTICS, INC.**, a Nevada corporation, **SANDESH SETH**, **SERGIO TRAVERSA**, **CHUCK** | |

018611\0001\14330220.1

**CASAMENTO**, **MAGED SHENOUDA**, **PAUL KELLY**, **SHEERAM AGHARKAR**,

        Counterdefendants.

Pursuant to LR 6-1 and 7-1, Plaintiff/Counterdefendant Relmada Therapeutics, Inc. ("Relmada"), by and through its undersigned counsel of record, and Defendants/Counterclaimants Laidlaw & Company (UK) Ltd., Matthew D. Eitner, and James P. Ahern (collectively, "Laidlaw"), by and through their counsel of record, hereby stipulate and agree, subject to the Court's approval, that the time for Relmada to answer or otherwise respond to Laidlaw's Counterclaim shall be extended as set forth below, and in support thereof state as follows:

1. Relmada filed its Complaint on December 9, 2015 [Dkt. 1].

2. Laidlaw was served with a copy of a summons and a copy of the Complaint in this matter on December 9, 2015 [Dkts. 5, 7-9].

3. Laidlaw filed their Answer and Counterclaim on December 16, 2015 [Dkt. 22]. Other than Relmada, no other counterdefendants have been served with the Counterclaim.

4. Relmada's deadline to respond to the Counterclaim is January 11, 2016.

5. Counsel have conferred to discuss a continued date for Relamda to respond to Laidlaw's Counterclaim.

6. The parties agree that the deadline for Relmada to answer or otherwise respond to the Counterclaim shall be on or before January 25, 2016.

7. This stipulation is made in good faith and is not sought for delay or any improper purpose.

2

018611\0001\14330220.1

WHEREFORE, the parties hereby stipulate and respectfully request that the Court enter an Order extending the time for Relmada to answer or otherwise respond to the Counterclaim to on or before January 25, 2016.

DATED this 8th day of January, 2016.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By:  /s/ Jeffrey S. Rugg<br>JEFFREY S. RUGG, ESQ.<br>Nevada Bar No. 10978<br>MAXIMILIEN D. FETAZ, ESQ.<br>Nevada Bar No. 12737<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br><br>DEBORAH S. BIRNBACH, ESQ.<br>(Admitted *pro hac vice*)<br>dbirnbach@goodwinprocter.com<br>ADAM SLUTSKY, ESQ.<br>(Admitted *pro hac vice*)<br>aslutsky@goodwinprocter.com<br>GOODWIN PROCTER LLP<br><br>*Attorneys for Plaintiff/Counterdefendant Relmada Therapeutics, Inc.* | By:  /s/ Christopher R. Miltenberger<br>MARK E. FERRARIO, ESQ.<br>Nevada Bar No. 1625<br>TAMI D. COWDEN, ESQ.<br>Nevada Bar No. 8994<br>CHRISTOPHER R. MILTENBERGER, ESQ.<br>Nevada Bar No. 10153<br>3773 Howard Hughes Parkway,<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>ferrariom@gtlaw.com<br>cowdent@gtlaw.com<br>miltenbergerc@gtlaw.com<br><br>*Attorneys for Defendants/Counterclaimants Laidlaw & Company (UK) Ltd., Matthew D. Eitner, and James P. Ahern* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

CASE NO.:   2:15-cv-2338-JCM-CWH

DATE:   January 11, 2016

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP, and that a true and correct copy of the **STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM (FIRST REQUEST)** was served via electronic service, via CM/ECF, on this 8th day of January, 2016, and to the address shown below:

MARK E. FERRARIO, ESQ.
ferariom@gtlaw.com
TAMI D. COWDEN, ESQ.
cowdent@gtlaw.com
CHRISTOPHER R. MILTENBERGER, ESQ.
miltenbergerc@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169

*Attorneys for Defendants/Counterclaimants*
*Laidlaw & Company (UK) Ltd., Matthew D. Eitner, and James P. Ahern*

DATED this 8th day of January, 2016

        */s/ Karen B. Mandall*
        Employee of Brownstein Hyatt Farber Schreck, LLP

018611\0001\14330220.1

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101