JEFFREY S. RUGG, ESQ., Bar # 10978
jrugg@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Bar # 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

DAVID H. WOLLMUTH, ESQ. (*pro hac vice* forthcoming)
dwollmuth@wmd-law.com
WILLIAM F. DAHILL, ESQ. (*pro hac vice* forthcoming)
wdahill@wmd-law.com
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: 212.382.3300
Facsimile: 212.382.0050

*Attorneys for Relmada Therapeutics, Inc., Sandesh Seth, Sergio Traversa, Chuck Casamento, Maged Shenouda, Paul Kelly, and Shreeram Agharkar*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RELMADA THERAPEUTICS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAIDLAW & COMPANY (UK) LTD., a foreign corporation, MATTHEW D. EITNER, an individual and citizen of New Jersey, and JAMES P. AHERN, an individual and citizen of New Jersey,<br><br>Defendants.<br><br>and<br><br>LAIDLAW & COMPANY (UK) LTD., a foreign corporation, MATTHEW D. EITNER, an individual and citizen of New Jersey, and JAMES P. AHERN, an individual and citizen of New Jersey,<br><br>Counterclaimants<br><br>v. | Case No.: 2:15-cv-2338-JCM-CWH<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF AND COUNTERCLAIM DEFENDANTS** |

01861\0002\15015242.3

| | |
|---|---|
| RELMADA THERAPEUTICS, INC., SANDESH SETH, SERGIO TRAVERSA, CHUCK CASAMENTO, MAGED SHENOUDA, PAUL KELLY, and SHREERAM AGHARKAR, | |
| Counterclaim Defendants | |

## STIPULATION

Pursuant to Local Rule IA 10-6, Plaintiff/Counterclaim Defendants Relmada Therapeutics, Inc. and Counterclaim Defendants Sandesh Seth, Sergio Traversa, Chuck Casamento, Maged Shenouda, Paul Kelly, and Shreeram Agharkar (collectively, "Plaintiff/Counterclaim Defendants"), through their counsel of record Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and respectfully request that the Court allow the withdrawal of Goodwin Procter LLP and substitution of Wollmuth Maher & Deutsch LLP as counsel of record for Plaintiff/Counterclaim Defendants.

DATED this __ day of September, 2016.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Jeffrey S. Rugg
JEFFREY S. RUGG, ESQ.
Nevada Bar # 10978
MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar # 12737
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Relmada Therapeutics, Inc., Sandesh Seth, Sergio Traversa, Chuck Casamento, Maged Shenouda, Paul Kelly, and Shreeram Agharkar*

2

018611\0002\15015242.3

| | | |
|---|---|---|
| 1 | DATED this 19th day of September, 2016. | GOODWIN PROCTER LLP |
| 2 | | |
| 3 | | By: /s/ Adam Slutsky |
| 4 | | DEBORAH S. BIRNBACH, ESQ. (admitted *pro hac vice*) |
| 5 | | ADAM SLUTSKY, ESQ. (admitted *pro hac vice*) |
| 6 | | 100 Northern Avenue Boston, MA 02210 |
| 7 | | Telephone: 617.570.1000 Facsimile: 617.523.1231 |
| 8 | | *Withdrawing Attorneys for Relmada Therapeutics, Inc., Sandesh Seth, Sergio Traversa, Chuck Casamento, Maged Shenouda, Paul Kelly, and Shreeram Agharkar* |
| 9 | | |
| 10 | | |
| 11 | DATED this 4th day of September, 2016. | WOLLMUTH MAHER & DEUTSCH LLP |
| 12 | | |
| 13 | | By: [signature] |
| 14 | | DAVID H. WOLLMUTH, ESQ. (*pro hac vice* forthcoming) WILLIAM F. DAHILL, ESQ. (*pro hac vice* forthcoming) |
| 15 | | 500 Fifth Avenue New York, New York 10110 |
| 16 | | Telephone: 212.382-3300 Facsimile: 212.382.0050 |
| 17 | | |
| 18 | | *Substituting Attorneys for Relmada Therapeutics, Inc., Sandesh Seth, Sergio Traversa, Chuck Casamento, Maged Shenouda, Paul Kelly, and Shreeram Agharkar* |
| 19 | | |
| 20 | DATED this 12 day of September, 2016. | RELMADA THERAPEUTICS, INC. |
| 21 | | |
| 22 | | By: [signature] |
| 23 | | SERGIO TRAVERSA, CEO |
| 24 | DATED this __ day of September, 2016. | SANDESH SETH |
| 25 | | [signature] |
| 26 | | DIRECTOR OF RELMADA THERAPEUTICS, INC. |
| 27 | | |
| 28 | | |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
(702) 382-2101

01861\\0002\\15015242.3

3

| | |
|---|---|
| DATED this 12 day of September, 2016. | SERGIO TRAVERSA<br><br>_/s/_<br>DIRECTOR OF RELMADA THERAPEUTICS, INC. |
| DATED this ___ day of September, 2016. | CHUCK CASAMENTO<br><br>_/s/_<br>DIRECTOR OF RELMADA THERAPEUTICS, INC. |
| DATED this ___ day of September, 2016. | MAGED SHENOUDA<br><br>_/s/_<br>DIRECTOR OF RELMADA THERAPEUTICS, INC. |
| DATED this ___ day of September, 2016. | PAUL KELLY<br><br>_/s/_<br>DIRECTOR OF RELMADA THERAPEUTICS, INC. |
| DATED this ___ day of September, 2016. | SHREERAM AGHARKAR<br><br>_/s/_<br>DIRECTOR OF RELMADA THERAPEUTICS, INC. |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
(702) 382-2101

01861\0002\150152-12.3

4

## ORDER

IT IS ORDERED that the Court grants the withdrawal of Goodwin Procter LLP and substitution and appearance of Wollmuth Maher & Deutsch LLP as counsel of record for Plaintiff/Counterclaim Defendants.

IT IS SO ORDERED.

DATED: _____, 2016.

DATED: September 20, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____
JEFFREY S. RUGG, ESQ., Bar # 10978
MAXIMILIEN D. FETAZ, ESQ., Bar # 12737
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys for Relmada Therapeutics, Inc.,
Sandesh Seth, Sergio Traversa, Chuck Casamento,
Maged Shenouda, Paul Kelly, and Shreeram Agharkar*

018611\0002\150152422.3

5

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that a true and correct copy of the STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF was served via electronic service, via CM/ECF, on this 19th day of September, 2016, and to the address(es) shown below:

JEFF SILVESTRI, ESQ.
jsilvestri@mcdonaldcarano.com
KRISTEN T. GALLAGHER, ESQ.
kgallagher@mcdonaldcarano.com
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for Laidlaw & Company (UK) Ltd., Matthew D. Eitner and James P. Ahern*

MICHAEL H. FERENCE, ESQ.
mference@srff.com
IRWIN WELTZ, ESQ.
iweltz@srff.com
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, NY 10006

*Attorneys for Laidlaw & Company (UK) Ltd., Matthew D. Eitner and James P. Ahern*

/s/ Karen Wiehl
Employee of Brownstein Hyatt Farber Schreck, LLP

018611\0002\15015242.3