UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

| | |
|---|---|
| **LANCE S. WILSON**<br>CLERK OF COURT | **CYNTHIA K. JENSEN**<br>CHIEF DEPUTY, LAS VEGAS |
| | **JAKE HERB CHIEF**<br>DEPUTY, RENO |

9/29/2016

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:  Inter-District Transfer**

**Case Name:**        Relmada Therapeutics, Inc. v. Laidlaw & Company (UK) LTD et al

**Case Number:**      2:15-cv-02338-JCM-CWH

Dear Clerk:

      Please be advised that the above entitled action has been transferred to the United States District Court, Southern District of New York.

      Enclosed, you will find a certified copy of the docket sheet and the Order transferring the case to your district.  Please acknowledge receipt of the file and docket sheet on the enclosed duplicate of this letter.

Lance S. Wilson, Clerk

By:  /s/ ADR
_____
Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

**Date Received:**_____

**Your Case Number:**_____