

**Transferred case has been opened**
**NYSD_ECF_Pool**  to: InterDistrictTransfer_NVD        10/05/2016 07:20 AM

| NYSD_ECF_Pool | Transferred case has been opened |

```
CASE: 2:15-cv-02338

DETAILS: Case transferred from Nevada
has been opened in Southern District of New York
as case 1:16-cv-07767, filed 10/05/2016.
```